UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) CRIMINAL NO. SA-22-CR-00570-OLG |
| | ) |
| CHANDLER BRITAIN BRADFORD (1), | ) |
| RICARDO RODRIGUEZ-SOTELO (3), | ) |
| | ) |
| Defendants. | ) |

## GOVERNMENT'S NOTICE OF APPEARANCE OF FORFEITURE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the undersigned counsel, and hereby gives notice that Assistant United States Attorney Mary Nelda G. Valadez is assigned to represent the United States in the above-captioned case on all matters involving forfeiture proceedings. Therefore, it is requested that Assistant United States Attorney Mary Nelda G. Valadez be added to the docket in the instant cause.

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY

By:   /s/
MARY NELDA G. VALADEZ
Assistant United States Attorney
Asset Forfeiture Section
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
Tel: 210-384-7040
Fax: 210-384-7045
Texas Bar No. 20421844
Email: mary.nelda.valadez@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2022, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to the following CM/ECF participants:

**David M. Shearer**
LaHood Norton Law Group (Of Counsel)
40 Ne Loop 410, Suite 525
San Antonio, TX 78216
Email: david@lahoodnorton.com

**Jay S. Norton**
Lahood Norton Law Group PLLC
40 NE Loop 410, Suite 525
San Antonio, TX 78216
Email: jay@lahoodnorton.com
*Attorneys for Defendant Chandler Britain Bradford (1)*

**Joseph Ronald Barroso**
Attorney at Law
5350 South Staples
Suite 401
Corpus Christi, TX 78411
Email: rbarrosolaw@interconnect.net
*Attorney for Defendant Ricardo Rodriguez-Sotelo (3)*

/s/
MARY NELDA G. VALADEZ
Assistant United States Attorney