Case 5:22-cr-00570-OLG   Document 49   Filed 12/01/22   Page 1 of 2

FILED
December 01, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § | Cause No.: SA: 22-CR-570-OLG |
| § | |
| (1) CHANDLER BRITAIN BRADFORD § | |
| (3) RICARDO RODRIGUEZ-SOTELO § § § | |

**<u>PROTECTIVE ORDER</u>**

On this date, the Court considered the United States' Unopposed Motion for a Protective Order Under Rule 16(d)(1). The Court finds that the United States has shown "good cause" for the issuance of the proposed Protective Order. Accordingly, the Court **GRANTS** the United States' motion and enters the following order:

IT IS ORDERED that given the sensitive nature of the discovery material, the dissemination of any discovery materials provided, to any person, other than the Attorneys of Record for the Defendants, in this case is prohibited. For purposes of this order, Attorneys of Record include any defense investigator and/or support staff working at the direction of the Attorney of Record; such persons are likewise bound by the restraints of this order.

IT IS FURTHER ORDERED that no Attorney of Record in the above-captioned cause shall release any discovery to any person, including, but not limited to, the Defendants' family members and the Defendants' associates. In the event any written or electronic discovery is provided to the defense, attorneys may **show** discovery to their client(s), and may **discuss** the information with their client(s); however, attorneys may **not reproduce or disseminate** any discovery, or copies of discovery to anyone, including the client.

IT IS FURTHER ORDERED that if any Attorney of Record is substituted in this cause, all

discovery materials, including copies thereof, shall immediately be returned to counsel of record for the United States, who will be obligated to provide a copy of the discovery materials to new counsel upon new counsel acknowledging his or her obligations under this Order.

Finally, IT IS ORDERED that a copy of this Order shall be furnished to counsel of record in this case and any successive counsel of record who enter an appearance after the date of this Order.

SIGNED AND ENTERED this 1st day of December , 2022.

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE