**FILED**
August 22, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Jaemie Herndon___
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) ) v. ) ) ) CHANDLER BRITAIN BRADFORD ) ) Defendant ) | Criminal No. SA-22-CR-570(1)-OLG |

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

The Court has considered the report and recommendation of United States Magistrate Judge Richard B. Farrer, filed in the above-styled and numbered cause on July 14, 2023. Docket no. 111. Defendant filed an objection. Docket no. 114. Defendant "concedes that [the Magistrate Judge's decision] comports with Circuit precedent, . . . [but] objects to preserve his rights and arguments in the event that the statute is declared unconstitutional OR in the event that the FAIR Act passes, and subsequently offers him relief." Docket no. 114, n. 1. Neither event has occurred.

The Court has conducted an independent review of the record and has reviewed the applicable law. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). The Court agrees with the Magistrate Judge's findings and conclusions and accepts the Magistrate Judge's recommendation.

It is therefore ORDERED that the Magistrate Judge's recommendation (docket no. 111) is ACCEPTED and Defendant Bradford's motion to set aside non-judicial forfeiture (docket no. 91) is DENIED for the reasons stated in the recommendation.

SIGNED on the 22 day of August, 2023.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE